STATE v. SMITH

No. 119 PC.

Case below: 32 N.C. App. 786.

Petition by defendant for discretionary review under G.S. 7A-31 denied 13 June 1977.


STATE v. WATTS

No. 120 PC.

Case below: 32 N.C. App. 753.

Petition by defendant for discretionary review under G.S. 7A-31 denied 13 June 1977.


STATE v. WIKE

No. 125 PC.

Case below: 32 N.C. App. 475.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 13 June 1977.


STATE v. WILLS

No. 133 PC.

Case below: 32 N.C. App. 787.

Petition by Attorney General for discretionary review under G.S. 7A-31 allowed 13 June 1977.


TRUST CO. v. BROADCASTING CORP.

No. 130 PC.

Case below: 32 N.C. App. 655.

Petition by defendants for discretionary review under G.S. 7A-31 denied 13 June 1977.